IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF JASMARIE | § | |
| LUNAS PAGAN, JERALDO LUNAS | § | EP-26-CV-00104-DB |
| PAGAN, and KARY LUNAS | § | |

## **TEMPORARY RESTRAINING ORDER**

On this day, the Court considered Jasmarie Lunas Pagain, Jeraldo Lunas Pagan, and Kary Lunas' ("Petitioners") "Motion for Temporary Restraining Order Prohibiting the United States from Deporting Witnesses Prior to Adjudication of Petitioners' Fed. R. Civ. P. 27 Petition," ECF No. 2 ("TRO Motion"). The Court finds that Petitioners have satisfied the requirements for temporary injunctive relief pursuant to Federal Rule of Civil Procedure 65 by demonstrating (1) a substantial likelihood of success on the merits of their claims for relief; (2) a substantial threat of in irreparable injury absent the injunction; (3) that the threatened injury outweighs any damage that injunction may cause the opposing party; and (4) that the injunction will not disserve public interest. The threatened injury is that the Department of Homeland Security ("DHS"), or its assigns, is actively seeking to deport Santos Jesus Flores and Antonio Ascon Frometa and accelerated its deportation efforts after both individuals indicated they had witnessed the circumstances of Mr. Lunas Campos's death. This injury is irreparable because Petitioners likely would be unable to obtain the testimony of these witnesses given, among other considerations, (i) the difficulty of locating them abroad; (ii) the difficulty of effecting service in foreign jurisdictions, if they could be located; and (iii) the complications arising out of American citizens traveling to Cuba, Mr. Frometa's nation of origin. This order is issued without notice due to the expeditious nature in which Respondents have effectuated removals from the United States. *See, e.g. Blandon Raudez v. Bondi*, No. 3-25-CV-493-DB, (W.D. Tex. October 30, 2025).

In order to ensure the ability to meaningfully adjudicate Petitioners' Rule 27 Petition, the Court finds the TRO Motion should be granted. To the extent a bond may be required under Federal Rule of Civil Procedure 65(c), that requirement is waived.

Accordingly, **IT IS HEREBY ORDERED** "Petitioners' Motion for Temporary Restraining Order Prohibiting the United States from Deporting Witnesses Prior to Adjudication of Petitioners' Fed. R. Civ. P. 27 Petition," ECF No. 2, is **GRANTED**.

**IT IS FURTHER ORDERED** The United States Department of Homeland Security, Immigration and Customs Enforcement, or their assigns **SHALL NOT** (1) remove or deport Santos Jesus Flores and Antonio Ascon Frometa from the United States, or (2) transfer Santos Jesus Flores and Antonio Ascon Frometa from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until further order of the Court or until this case is closed.

Unless otherwise ordered, this Temporary Restraining Order expires at 03:03 pm on February 4, 2026, unless before that time the Court, for good cause, extends it for a like period or Respondents consent to a longer extension. *See* Fed. R. Civ. P. 65(b)(2).

**SIGNED** this **21st** day of **January 2026 at 03:03 pm**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE