UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN THE MATTER OF JASMARIE LUNAS PAGAN, JERALDO LUNAS PAGAN, AND KARY LUNAS | Case No.: 3:26-cv-00104-DB |

**ORDER SETTING HEARING ON RULE 27 PETITION**

On January 26, 2026, petitioners Jasmarie Lunas Pagain, Jeraldo Lunas Pagan, and Kary Lunas ("Petitioners'") filed an Amended Petition to Perpetuate Testimony (the "Amended Petition").

The Court hereby sets a hearing on the Amended Petition for February 16, 2026 [OR February _____, 2026] at _____ [a.m.]/[p.m.] to occur in the courtroom of the undersigned at the United States District Court for the Western District of Texas, El Paso Division, located at 525 Magoffin Ave, El Paso, TX 79901.

**SO ORDERED.**

SIGNED this ___ day of January, 2026.

_____
HON. DAVID BRIONES
U.S. SENIOR DISTRICT JUDGE