UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN THE MATTER OF JASMARIE LUNAS PAGAN, JERALDO LUNAS PAGAN, AND KARY LUNAS

Case No.: 3:26-cv-00104-DB

**ORDER GRANTING AMENDED RULE 27 PETITION**

On this day, the Court considered Jasmarie Lunas Pagain, Jeraldo Lunas Pagan, and Kary Lunas ("Petitioners'") Amended Petition to Perpetuate Testimony. (the "Amended Petition"). The Court finds that Petitioners have satisfied the requirements of Fed. R. Civ. P. 27(a)(1). Accordingly, the Amended Petition is hereby **GRANTED**.

The Court **FINDS** that Petitioners expect to be parties to an action cognizable in a United States court but cannot presently bring it or cause it to be brought.

The Court **FINDS** that Petitioners have shown the subject matter of the expected action and their interest in the action.

The Court **FINDS** that Petitioners have established sufficient reason to take the proposed testimony and have articulated the facts to justify the proposed scope of the testimony as follows:

    i.    The circumstances of Mr. Lunas Campos's death on January 3, 2026, including choking, restraints, and other uses of force by facility staff against him;

    ii.      Mr. Lunas Campos's physical, emotional, psychological, and behavioral state on each day of his detention in Camp East Montana;

    iii.      Any communications between Mr. Lunas Campos and fellow detained individuals, facility staff, and government officials from September 2025 to January 2026;

    iv.      Actions taken or not taken by facility staff and government officials toward Mr. Lunas Campos from September 2025 to January 2026;

    v.      Conditions of Mr. Lunas Campos's detention at Camp East Montana from September 2025 to January 2026; and

    vi.      Actions taken or not taken by facility and/or government officials and employees regarding the provision of care to persons detained at Camp East Montana from September 2025 to January 2026.

The Court **FINDS** that Petitioners have sufficiently identified the names of the persons whom they expect to be adverse parties and their addresses.

The Court **FINDS** that Petitioners have sufficiently identified the name, address, and expected substance of the testimony of each deponent.

The Court **ORDERS** that Petitioners **SHALL** be allowed to take the depositions of Santos Jesus Flores, Antonio Ascon Frometa, Henry Negrin Bolano, Jenrry Melendez, Mayron Pazpuerto, and Cobi Ardenis Nazareth, which shall take place by February 20, 2026 [OR February \_\_\_\_\_, 2026].

The Court **ORDERS** that the depositions shall be taken orally.

Respondents are **ORDERED** to facilitate the depositions, including by making the witnesses available at a location in El Paso, Texas. The Court will retain jurisdiction over this cause

for the purpose of entering any necessary protective orders or adjudication of any disputes that may arise regarding any deponent.

**SO ORDERED.**

**SIGNED this ___ day of January, 2026.**

                                                            _____
                                                            HON. DAVID BRIONES
                                                            U.S. SENIOR DISTRICT JUDGE