**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| IN THE MATTER OF JASMARIE LUNAS PAGAN, JERALDO LUNAS PAGAN, AND KARY LUNAS | Case No.: 3:26-cv-00104-DB |

**DECLARATION OF MAX SCHOENING REGARDING SERVICE OF DOCUMENTS IN ECF. NOs. 12-14.**

I, Max Schoening, declare:

1. I am an attorney at Qureshi Law PC and co-counsel for petitioners Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas ("Petitioners") in the above-captioned action. I am over the age of eighteen, of sound mind, and capable of making this declaration. I have personal knowledge of the facts set forth herein and would and could competently testify to them if called.

2. On January 26, 2026 at 11:02am Mountain Time, I served via email on Acquisition Logistics, LLC the Amended Rule 27 Petition (ECF No. 12), Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition (ECF No. 13), and Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior to Adjudication of Petitioners' Amended Fed. R. Civ. P. 27 Petition (ECF No. 14). Specifically, I emailed Kenneth Wagner and Darrin Armentrout, the President and CEO of Acquisition Logistics, LLC and COO of Acquisition Logistics, LLC, respectively. At 11:13 am

Mountain Time, Mr. Wagner confirmed receipt. A true and accurate copy of the correspondence is attached as **Exhibit 1**.

3. On January 26, 2026 at 11:04am Mountain Time, I served via email on the United States Attorney's Office for the Western District of Texas the Amended Rule 27 Petition (ECF No. 12), Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition (ECF No. 13), and Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior to Adjudication of Petitioners' Amended Fed. R. Civ. P. 27 Petition (ECF No. 14). Specifically, I emailed Angelica Saenz, Priscilla Roldan, and Natashia Hines, all of whom have been designated by the U.S. Attorney for the Western District of Texas to accept service of process on his behalf.[1] At 11:13 am Mountain Time, Ms. Saenz confirmed receipt. A true and accurate copy of the correspondence is attached as **Exhibit 2**.

4. On January 26, 2026 at 11:00 a.m. Mountain Time, I served via email on Akima Global Services, LLC the Amended Rule 27 Petition (ECF No. 12), Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition (ECF No. 13), and Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior to Adjudication of Petitioners' Amended Fed. R. Civ. P. 27 Petition (ECF No. 14). Specifically, I emailed Anne Donohue, the vice president and general counsel of Akima Global Services, LLC; Ashley Rorrer, the vice president and associate general counsel of Akima Global Services, LLC; Ian Bolden, a senior director and corporate counsel at Akima Global

---

[1] Amended Designation of Agents for Service of Process, July 26, 2025, https://www.txwd.uscourts.gov/wp-content/uploads/2023/07/Amended-Designation-of-Agents-for-Service-of-Process-1.pdf (accessed Jan. 25, 2026).

Services, LLC; and Steven Steinberg, an attorney at Akima Global Services, LLC. At 11:33 a.m. Mountain Time, Ms. Donohue confirmed receipt. A true and accurate copy of this correspondence is attached as **Exhibit 3.**

5. On January 26, 2026, at 11:05 Mountain Time, I served via email on NANA Regional Corporation, Inc., the Amended Rule 27 Petition (ECF No. 12), Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition (ECF No. 13), and Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior to Adjudication of Petitioners' Amended Fed. R. Civ. P. 27 Petition (ECF No. 14). Specifically, I sent the email to the email address publicly associated with Lindsey Holmes. On information and belief, Ms. Holmes is the general counsel of NANA Regional Corporation. A true and accurate copy of that correspondence is attached as **Exhibit 4.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2026 in Los Angeles, California.

*/s/ Max Schoening*_____
Max Schoening

Case 3:26-cv-00104-DB   Document 16   Filed 01/26/26   Page 4 of 10



Max Schoening <max@qureshi.law>

## Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB

**Kenneth Wagner** <k███████@acq-log.com>  Mon, Jan 26, 2026 at 10:13 AM
To: Max Schoening <max@qureshi.law>, Darrin Armentrout <d███████████.com>, Contact <███████acq-log.com>
Cc: Omar Qureshi <omar@qureshi.law>, Will Horowitz <will@qureshi.law>, Chris Benoit <chris@coylefirm.com>

Email notice received with attachments.

Ken Wagner

President

Acquisition Logistics

804-339-8787

Acquisition Logistics

**From:** Max Schoening <max@qureshi.law>
**Sent:** Monday, January 26, 2026 1:02 PM
**To:** Kenneth Wagner <k██████@acq-log.com>; Darrin Armentrout <█████████@acq-log.com>; ████████@acquisition-logistics.com; Contact <██████@acq-log.com>
**Cc:** Omar Qureshi <omar@qureshi.law>; Will Horowitz <will@qureshi.law>; Chris Benoit <chris@coylefirm.com>
**Subject:** Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB

NTS Email Protection

**Warning:** Sender @max@qureshi.law is not yet trusted by your organization.
Please be careful before replying or clicking/downloading the attachment.

Report Phishing   Block as Spam   Mark as Safe

powered by Graphus®

All -- attached for notice and service please find conformed copies of: (i) Petitioners' Amended Verified Petition to Perpetuate Testimony and attached declarations and exhibits, (ii) Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition, and (iii) Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior to Adjudication of Petitioners' Amended Fed. R. Civ. P. 27 Petition, filed by Petitioners this morning in *In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas*, Case No. 3:26-cv-00104-DB, the Western District of Texas. We are also attaching unredacted versions of Exhibits 1-14.

We have requested that the Court consider these filings and requested relief in the hearing scheduled for **January 27, 2026 at 1:30 MDT**, of which you already have notice.

Please confirm receipt.

1/26/26, 10:41 AM  Qureshi Law Mail - Notice regarding new filings in In the Matter of Lizmariel Lunas Pagán, Leonardo Lunas Pagán, and Kitty Lunas, Case No. 3:26-cv-00104-DB

Case 3:26-cv-00104-DB    Document 16    Filed 01/26/26    Page 5 of 10

Sincerely,

Max Schoening

Max A. Schoening

Trial Lawyer

(he/him/his)

QURESHI LAW

700 Flower Street, Suite 1000

Los Angeles, California 90017

**Phone**: (213) 786-3478

**Direct:** (213) 645-4743

**Fax**: (213) 277-8989

Case 3:26-cv-00104-DB    Document 16    Filed 01/26/26    Page 6 of 10

1/26/26, 10:42 AM                Qureshi Law Mail - Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB

 Gmail                                                                                                                Max Schoening <max@qureshi.law>

## Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB

**Saenz, Angelica (USATXW)** <A▮▮▮▮▮▮▮@usdoj.gov>                                                              Mon, Jan 26, 2026 at 10:13 AM
To: Max Schoening <max@qureshi.law>
Cc: Omar Qureshi <omar@qureshi.law>, Will Horowitz <will@qureshi.law>, "Vereen, Darryl (USATXW)" <▮▮▮▮▮▮▮▮▮▮▮▮>, "Hines, Natashia (USATXW)" <▮▮▮▮▮▮▮s@usdoj.gov>, Chris Benoit <chris@coylefirm.com>, "Roldan, Priscilla (USATXW)" <P▮▮▮▮▮▮@usdoj.gov>

Max,

Confirming receipt. Please note that AUSA Darryl Vereen, who is now copied on this email will be handling this matter tomorrow.

You may communicate with him directly going forward.

Thank you.

Angelica A. Saenz

Assistant United States Attorney

U.S. Attorney's Office | Western District of Texas

700 E. San Antonio Ave. Suite 200| El Paso, Texas 79901

(915) 534-3437 (desk)| (915) 243-3491 (mobile)

Angelica.Saenz@usdoj.gov

---

**From:** Max Schoening <max@qureshi.law>
**Sent:** Monday, January 26, 2026 11:04 AM
**To:** Saenz, Angelica (USATXW) <A▮▮▮▮▮▮▮@usdoj.gov>; Roldan, Priscilla (USATXW) <▮▮▮▮▮▮@usdoj.gov>; Hines, Natashia (USATXW) <A▮▮▮▮▮▮s@usdoj.gov>
**Cc:** Omar Qureshi <omar@qureshi.law>; Will Horowitz <will@qureshi.law>; Chris Benoit <chris@coylefirm.com>
**Subject:** [EXTERNAL] Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB

All -- attached for notice and service please find conformed copies of: (i) Petitioners' Amended Verified Petition to Perpetuate Testimony and attached declarations and exhibits, (ii) Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition, and (iii) Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior to Adjudication of Petitioners' Amended Fed. R. Civ. P. 27 Petition, filed by Petitioners this morning in *In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas*, Case No. 3:26-cv-00104-DB, the Western District of Texas. We are also attaching unredacted versions of Exhibits 1-14.

We have requested that the Court consider these filings and requested relief in the hearing scheduled for **January 27, 2026 at 1:30 MDT**, of which you already have notice.

Please confirm receipt.

1/26/26, 10:42 AM                    Qureshi Law Mail - Notice regarding new filings in In the Matter of Ismarie Lima Pagan, Leonardo Lunas Pagan, and Katy Lunas, Case No. 3:26-cv-00104-DB

Case 3:26-cv-00104-DB    Document 16    Filed 01/26/26    Page 7 of 10

Sincerely,

Max Schoening

Max A. Schoening

Trial Lawyer

(he/him/his)

QURESHI LAW

700 Flower Street, Suite 1000

Los Angeles, California 90017

**Phone**: (213) 786-3478

**Direct:** (213) 645-4743

**Fax**: (213) 277-8989

1/26/26, 10:41 AM

Case 3:26-cv-00104-DB   Document 16   Filed 01/26/26   Page 8 of 10



Max Schoening <max@qureshi.law>

## Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB

**Donohue, Anne** <​​​​​​​@akima.com>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mon, Jan 26, 2026 at 10:33 AM
To: Max Schoening <max@qureshi.law>, "Rorrer, Ashley" <A​​​​​​@akima.com>, "Bolden, Ian" @akima.com>
Cc: Chris Benoit <chris@coylefirm.com>, Omar Qureshi <omar@qureshi.law>, Will Horowitz <will@qureshi.law>

Mr. Schoening:

AGS and Akima acknowledge receipt.

Sincerely,

Anne Donohue

---

**Anne M. Donohue** | General Counsel

**Akima** | 2553 Dulles View Drive, Ste. 700, Herndon, VA 20171

Cell: 202.702.4844 | anne.donohue@akima.com

Confidentiality Notice:  The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material from any computer.

---

**From:** Max Schoening <max@qureshi.law>
**Sent:** Monday, January 26, 2026 1:00 PM
**To:** FWD-Steven.Steinberg <​​​​​​​​>; Rorrer, Ashley <a​​​​​​​​>; Donohue, Anne <​​​​​​​​>; Bolden, Ian <​​​​​​​​>
**Cc:** Chris Benoit <chris@coylefirm.com>; Omar Qureshi <omar@qureshi.law>; Will Horowitz <will@qureshi.law>
**Subject:** Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB

> **WARNING: THIS EMAIL ORIGINATED FROM OUTSIDE OF THE ORGANIZATION.**
> Do not open attachments or click on links unless you recognize the sender and know the content is safe.

All – attached for notice and service please find conformed copies of: (i) Petitioners' Amended Verified Petition to Perpetuate Testimony and attached declarations and exhibits, (ii) Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition, and (iii) Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior to Adjudication of Petitioners' Amended Fed. R. Civ. P. 27 Petition, filed by Petitioners this morning in *In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas*, Case No. 3:26-cv-00104-DB, the Western District of Texas. We are also attaching unredacted versions of Exhibits 1-14.

We have requested that the Court consider these filings and requested relief in the hearing scheduled for **January 27, 2026 at 1:30 MDT**, of which you already have notice.

Please confirm receipt.

Sincerely,

1/26/26, 10:41 AM                    Qureshi Law Mail - Notice regarding new filings in the Matter of Ismariel Lima Pagan, Leonardo Lunas Pagan, and Katy Lunas, Case No. 3:26-cv-00104-DB

Case 3:26-cv-00104-DB    Document 16    Filed 01/26/26    Page 9 of 10

**Max Schoening**

Max A. Schoening

Trial Lawyer

(he/him/his)

QURESHI LAW

700 Flower Street, Suite 1000

Los Angeles, California 90017

**Phone**: (213) 786-3478

**Direct:** (213) 645-4743

**Fax**: (213) 277-8989

1/26/26, 10:43 AM    Qureshi Law Mail - Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB



Max Schoening <max@qureshi.law>

## Notice regarding new filings in In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas, Case No. 3:26-cv-00104-DB

**Max Schoening** <max@qureshi.law>    Mon, Jan 26, 2026 at 10:05 AM
To: l███████@nana.com

All -- attached for notice and service please find conformed copies of: (i) Petitioners' Amended Verified Petition to Perpetuate Testimony and attached declarations and exhibits, (ii) Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition, and (iii) Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior to Adjudication of Petitioners' Amended Fed. R. Civ. P. 27 Petition, filed by Petitioners this morning in *In the Matter of Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas*, Case No. 3:26-cv-00104-DB, the Western District of Texas. We are also attaching unredacted versions of Exhibits 1-14.

We have requested that the Court consider these filings and requested relief in the hearing scheduled for **January 27, 2026 at 1:30 MDT**, of which you already have notice.

Please confirm receipt.

Sincerely,

Max Schoening
Max A. Schoening
Trial Lawyer
(he/him/his)
**QURESHI LAW**
700 Flower Street, Suite 1000
Los Angeles, California 90017
**Phone**: (213) 786-3478
**Direct**: (213) 645-4743
**Fax**: (213) 277-8989

---

**8 attachments**


**12.pdf**
242K

**12-1.pdf**
106K

**12-2.pdf**
133K


**12-4.pdf**
2971K


**12-3.pdf**
3290K


**Memorandum.pdf**
6416K

**Motion For Prelim Injunction.pdf**
244K


**Exhibits 1-14 (Unredacted).pdf**
3844K