**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF JASMARIE** | § | |
| **LUNAS PAGAN, JERALDO LUNAS** | § | **EP-26-CV-00104-DB** |
| **PAGAN, and KARY LUNAS** | § | |

### ORDER GRANTING PETITIONERS' AMENDED VERIFIED PETITION TO PERPETUATE TESTIMONY

On this day the Court considered the above captioned case. On January 26, 2026, Petitioners Jasmarie Lunas Pagan, Jeraldo Lunas Pagan, and Kary Lunas ("Petitioners") filed an "Amended Verified Petition to Perpetuate Testimony," ECF No. 12. The Court held a hearing on the matter on January 27, 2026. *See* Minute Entry, ECF No. 19. The Court considered the documents, exhibits and arguments filed by Petitioners prior to the hearing, as well as argument by counsel for Petitioners, and the United States of America at a hearing. Counsel for Acquisition Logistics, LLC, Akima Global Services, LLC, and NANA Regional Corporation attended the hearing, but made no argument and did not challenge Petitioners' Amended Petition.

After due consideration, the Court finds that Petitioners have satisfied the requirements of Fed. R. Civ. P. 27 because (1) Petitioners expect to be parties to an action cognizable in a United States court but cannot presently bring it or cause it to be brought; (2) Petitioners have shown the subject matter of the expected action and their interest in the action; (3) Petitioners have shown the facts that petitioners want to establish by the proposed testimony and the reasons to perpetuate it; (4) Petitioners have identified the names of the persons whom they expect to be adverse parties and their addresses, as far as known; (5) Petitioners have sufficiently identified the name, address, and expected substance of the testimony of each deponent; and (5) perpetuating the testimony may prevent a failure or delay of justice.

Accordingly, **IT IS HEREBY ORDERED** Petitioners' "Amended Verified Petition to Perpetuate Testimony," ECF No. 12, is **GRANTED**.

**IT IS FURTHER ORERED** Petitioners **SHALL** be allowed to take the depositions of Santos Jesus Flores, Antonio Ascon Frometa, Henry Negrin Bolano, Jenrry Melendez, Mayron Pazpuerto, and Ardenis Nazareth Cobi, pursuant to Rule 27.

**IT IS FURTHER ORDERED** Petitioners **SHALL** provide the A numbers of these individuals to counsel for the United States to ensure proper identification.

**IT IS FURTHER ORDERED** the depositions **SHALL** be taken orally. Parties are allowed to appear remotely should they choose. Any parties choosing to attend remotely are responsible for making the appropriate arrangements.

**IT IS FURTHER ORDERED** the subject matters of the depositions **SHALL** include:

    a. The circumstances of Geraldo Lunas Campos's death, including but not limited to choking, restraints, and other uses of force by facility staff against him;

    b. Mr. Lunas Campos's physical, emotional, psychological, and behavioral state on each day of his detention in Camp East Montana;

    c. Any communications between Mr. Lunas Campos and fellow detained individuals, facility staff, and government officials from September 2025 to January 2026;

    d. Actions taken or not taken by facility staff and government officials toward Mr. Lunas Campos from September 2025 to January 2026;

    e. Conditions of Mr. Lunas Campos's detention at Camp East Montana from September 2025 to January 2026; and

f.  Actions taken or not taken by facility and/or government officials and employees regarding the provision of care to persons detained at Camp East Montana from September 2025 to January 2026.

**IT IS FURTHER ORDERED** that the Preliminary Injunction entered by the Court in connection with Petitioners' Amended Petition will expire as to each of the above-referenced individuals once their respective depositions are taken.

**IT IS FURTHER ORDERED** that the Parties shall submit a Final Order of Dismissal of Petitioners' Amended Verified Petition to Perpetuate Testimony, ECF No. 12, and the above-captioned case within ten (10) days after the depositions listed above are completed.

**SIGNED** this **30th** day of **January 2026.**

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**