**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF JASMARIE** | § | |
| **LUNAS PAGAN, JERALDO LUNAS** | § | **EP-26-CV-00104-DB** |
| **PAGAN, and KARY LUNAS** | § | |

## ORDER GRANTING PRELIMINARY INJUNCTION

On this day, the Court considered Jasmarie Lunas Pagain, Jeraldo Lunas Pagan, and Kary Lunas' ("Petitioners") "Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition," ECF No. 13, and "Petitioners' Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, and Ardenis Nazareth Prior To Adjudication Of Petitioners' Amended Fed. R. Civ. P. 27 Petition," ECF No. 14, both filed on January 26, 2026.

On January 27, 2026, the Court held a hearing on the matter where Counsel for Petitioners and the United States represented to the Court they agreed to the terms of a preliminary injunction as stated herein. Counsel for the Non-Parties, Acquisition Logistics, LLC, Akima Global Services, LLC, and NANA Regional Corporation also attended the hearing as ordered by the Court.

After due consideration of the filings, evidence, and representations made to the Court at the January 27, 2026, hearing by Petitioners' counsel and the United States of America's counsel, the Court finds that Petitioners have satisfied the requirements for preliminary injunctive relief. Petitioners have demonstrated (1) a substantial likelihood of success on the merits of their claims for relief under Fed. R. Civ. P. 27; (2) a substantial threat of in irreparable injury absent the injunction; (3) that the threatened injury outweighs any damage that injunction may cause the opposing party; and (4) that the injunction will not disserve public interest. To the extent a bond may be required under Federal Rule of Civil Procedure 65(c), that requirement is waived.

Accordingly, **IT IS HEREBY ORDERED** Petitioners' "Memorandum of Law and Evidence in Support of Converting Temporary Restraining Order into Preliminary Injunction and Granting Amended Rule 27 Petition," ECF No. 13, and "Petitioners' Motion for a Preliminary Injunction to Prohibit the Deportation or Removal of Witnesses Negrin Bolaño, Melendez, Pazpuerto, And Ardenis Nazareth Prior To Adjudication Of Petitioners' Amended Fed. R. Civ. P. 27 Petition," ECF No. 14, are **GRANTED**.

**IT IS FURTHER ORDERED** this Court's "Temporary Restraining Order," ECF No. 4, filed on January 21, 2026, is **CONVERTED** into a preliminary injunction.

**IT IS FURTHER ORDERED** that, to the extent the following individuals are in the United States government's custody, the United States **SHALL NOT** remove or cause Santos Jesus Flores, Antonio Ascon Frometa, Henry Negrin Bolaño, Jenrry Melendez, Mayron Pazpuerto, or Ardenis Nazareth Cobi[1] to be deported or removed from the United States or El Paso County **for a period of thirty days of this Order.**

**IT IS FURTHER ORDERED** the United States of America will facilitate the Federal Rules of Civil Procedure 27 depositions of Santos Jesus Flores, Antonio Ascon Frometa, Henry Negrin Bolaño, Jenrry Melendez, Mayron Pazpuerto, or Ardenis Nazareth Cobi pursuant to this Court's accompanying Order Granting Petitioners' Amended Verified Petition To Perpetuate Testimony, **as soon as practicable in the next thirty days**, either in person or by Zoom or other electronic means as the Parties may choose. The depositions will be taken at the El Paso Service Processing Center (SPC) located at 8915 Montana Ave., El Paso, Texas 79925.

---

[1] Petitioners are ordered to share the A# of each witness to the United States of America, to ensure proper identification of the witnesses.

**IT IS FURTHER ORDERED** Acquisition Logistics, LLC, Akima Global Services, LLC, and NANA Regional Corporation, Inc. may participate in the Federal Rules of Civil Procedure 27 depositions of Santos Jesus Flores, Antonio Ascon Frometa, Henry Negrin Bolaño, Jenrry Melendez, Mayron Pazpuerto, or Ardenis Nazareth Cobi.

**IT IS FINALLY ORDERED** this Preliminary Injunction will expire as to each of the above-referenced individuals once their respective depositions have been taken subject to this Court's Order Granting Petitioners' Amended Verified Petition to Perpetuate Testimony.

**SIGNED** this **30th** day of **January 2026.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE