UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>JASMARIE LUNAS PAGAN,<br>JERALDO LUNAS PAGAN, and<br>KARY LUNAS | Case No. 3:26-cv-00104-DB |

## PETITIONERS' CERTIFICATE OF SERVICE

Petitioners, by and through their undersigned counsel, hereby certify that they caused to be served notices for deposition on counsel of record on February 6, 2026.

Petitioners, by and through their undersigned counsel, hereby certify that true and correct copies of the subpoenas for appearance for deposition were served on Santos Jesus Flores, Antonio Ascon Frometa, Henry Negrin Bolaño, Jenrry Melendez, Mayron Pazpuerto, or Ardenis Nazareth Cobi on February 6, 2026. Petitioners' counsel understands that the subpoenas for appearance for deposition were served in person by a process server not associated with Petitioners' counsel.

Petitioners further certifies that on February 6, 2026, the foregoing document was filed through this Court's e-filing system, causing a true and correct copy of the same to be served upon all registered parties of record as reflected more fully in the electronic Notification of Service.

    Respectfully submitted,

    BENOIT LEGAL, PLLC
    The Law Center
    311 Montana Avenue, Suite B
    El Paso, Texas 79902
    (915) 532-5544
    Fax (915) 532-5566

    */s/ Christopher Benoit*
    CHRISTOPHER BENOIT
    Texas Bar No. 24068653
    chris@coylefirm.com

*and*

QURESHI LAW PC
Omar G. Qureshi*
omar@qureshi.law
Will Horowitz*
will@qureshi.law
Max A. Schoening*
max@qureshi.law
700 Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 600-6096
Fax: (213) 277-8989

* *Pro hac vice*

*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 6, 2026, I delivered a true and correct copy of the foregoing was served on Defendant's attorneys of record, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE, as follows:

Darryl S. Vereen
Assistant United States Attorney
darryl.vereen@usdoj.gov

Noemi Lopez
Ray | Peña | McChristian, PC
nlopez@raylaw.com

David L. Ortega
NAMAN HOWELL
dortega@namanhowell.com


                                         */s/ Christopher Benoit*
                                         CHRISTOPHER BENOIT