UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN THE MATTER OF
JASMARIE LUNAS PAGAN,
JERALDO LUNAS PAGAN, and
KARY LUNAS

Case No. 3:26-cv-00104-DB

## **UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

This is a petition to perpetuate testimony about the death of Geraldo Lunas Campos, a 55-year-old Cuban immigrant, pursuant to Fed. R. Civ. P. 27(a)(1) ("Rule 27 Petition"). Mr. Lunas Campos died on or about January 3, 2026 while in federal immigration custody, at Camp East Montana, in El Paso, Texas, and in support thereof would show as follows:

The Petitioners would show that all matters in connection with the Court's Order of Jan. 30, 2026 (ECF 20) to the Petitioners' Amended Verified Petition to Perpetuate Testimony (ECF No. 12) and the depositions in the above-captioned action have been completed.

For the reasons stated above, Petitioners pray the Court enter an Order dismissing without prejudice the Petitioners' Amended Verified Petition to Perpetuate Testimony, with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

**BENOIT LEGAL, PLLC**
311 Montana Ave, Ste B,
El Paso, TX 79902
(915) 532-5544

*/s/ Christopher Benoit*
Christopher Benoit
Texas Bar No. 24068653
chris@coylefirm.com

and

**QURESHI LAW PC**
Omar G. Qureshi*
omar@qureshi.law
Will Horowitz*
will@qureshi.law
Max A. Schoening*
max@qureshi.law
700 Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 600-6096
Fax: (213) 277-8989

* *Admitted pro hac vice*

**Attorneys for Petitioners**

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, I delivered a true and correct copy of the foregoing was served on attorneys of record for all parties and potentially adverse parties who have entered appearance in this case.

/s/ Christopher Benoit
CHRISTOPHER BENOIT