UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN THE MATTER OF
JASMARIE LUNAS PAGAN,
JERALDO LUNAS PAGAN, and
KARY LUNAS

Case No. 3:26-cv-00104-DB

### ORDER ON MOTION TO DISMISS

Came on to be considered Petitioners' motion to dismiss without prejudice Petitioners' Amended Verified Petition to Perpetuate Testimony ("Rule 27 Petition"), ECF No. 23. Having been advised of the motion, the Court is of the opinion that the motion should be **GRANTED**.

Accordingly, it is ORDERED that all claims that were asserted in this Rule 27 Petition are DISMISSED WITHOUT PREJUDICE in their entirety with each party bearing its own costs and attorneys' fees. This is a FINAL JUDGMENT and all other relief not specifically granted herein, is hereby DENIED.

All injunctive relief previously ordered by the court has been dissolved by the terms of this Court's prior order.

SO ORDERED.

SIGNED this 25th day of February 2026.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE