IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MATTER OF LUNAS PAGAN | § § § § | EP-26-CV-00104-DB |

### FINAL JUDGMENT

On February 25, 2026, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** the District Clerk's office **SHALL CLOSE** this case.

**SIGNED** this **25th** day of **February 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE